```
              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF TENNESSEE
                   NASHVILLE DIVISION
```

CARL T. JONES                         ]
    Petitioner,                    ]
                                      ]
v.                                    ]   No. 3:09-0301
                                      ]   Judge Trauger
TONY PARKER, WARDEN                   ]
    Respondent.                    ]


**O R D E R**

By an order (Docket Entry No.24) entered July 2, 2009, the instant *pro se* prisoner habeas corpus action was dismissed as untimely.

Since the entry of this order, the petitioner has filed a Motion (Docket Entry No.64) "to seal any and all sensitive information."

There is a strong presumption in favor of public access to judicial proceedings. EEOC v. National Children's Center, Inc., 98 F.3d 1406, 1409 (5th Cir. 1996). Thus, a *pro se* habeas corpus filing is exempt from the redaction requirements used to protect the privacy of civil litigants. Rule 5.2(b), Fed. R. Civ. P. Moreover, the petitioner has shown no good cause for placing his "sensitive information" under seal. Rule 5.2(e), Fed. R. Civ. P.

Accordingly, the Court finds no merit in the petitioner's Motion and said Motion is hereby DENIED. Because the petitioner's

Motion references another *pro se* habeas corpus action, i.e., <u>Jones v. Parker</u>, Civil Action No. 3:09-1150, the Clerk is directed to place a copy of this order in that case file.

    It is so ORDERED.

                                       _____
                                       Aleta A. Trauger
                                       United States District Judge